UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISA AUCOIN | * | CIVIL ACTION NO. 2:20-CV-03252 |
| | * | |
| VERSUS | * | JUDGE ELDON FALLON |
| | * | |
| HARTFORD LIFE INSURANCE COMPANY | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

*************************************************************************

## ORDER

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same, R. Doc. 14;

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted. The above-captioned lawsuit and all claims asserted by Lisa Aucoin therein against Hartford Life and Accident Insurance Company be and are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Lisa Aucoin and Hartford Life and Accident Insurance Company shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this 28th day of May 2021 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE